In re Huey P. Long Medical Center; Medical Center of La. New Orleans; Louisiana State University & A & M College Bd. Supervisors; LSU Agricultural & Mechanical College; LSU Medical Center/Shreveport; University Medical Center Lafayette; Earl K. Long Medical Center; E.A. Conway Medical Center; W.O. Moss Regional Medical Center; Louisiana State University Medical Center Shreveport; — ■ Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. A, No. 99-9855; to the Court of Appeal, Fourth Circuit, No(s). 2002-C-2268, 2002-C-2269, 2002-C-2270, 2002-C-2271, 2002-C-2278, 2002-C-2295, 2002-C-2296, 2002-C-2311, 2002-C-2312.
Denied.
JOHNSON, J., recused.